USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

EASTERN OCEAN TRANSPORT CO. LTD.    :

                    Plaintiff,       :       **ORDER**

        - against -                  :       08 Civ. 9100 (DC)

PARKROAD (SINGAPORE) PTE. LTD.       :
et al.,
                                     :

                    Defendants.      :
                                     :
- - - - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        This case, which sought the provisional remedy of a
maritime attachment, was filed on October 23, 2008.  The Court
issued an order of attachment on October 24, 2008.  An amended
complaint was filed November 12, 2008, and an amended order of
attachment was issued November 13, 2008.  On December 11, 2008, a
stipulation and order directing the release of certain attached
funds was entered, and defendant Korea Line Corporation was
terminated.  It does not appear that there have been any further
proceedings in the case since then.

        Accordingly, it is hereby ORDERED that plaintiff's
counsel advise the Court in writing, within ten business days
hereof, (1) whether any assets have been attached, and (2)
whether suit or arbitration with respect to the claims at issue
has been commenced.

        If no assets have been attached, or no suit or
arbitration has been commenced, plaintiff's counsel shall, at the
same time, show cause why this action should not be dismissed and

the order of attachment vacated. If plaintiff's counsel does not respond to this order in a timely manner, or if plaintiff does not show cause why the action should not be dismissed, the complaint will be dismissed, without prejudice and without fees or costs, and the order of attachment will be vacated.

SO ORDERED.

Dated:    New York, New York
          April 29, 2009

                                        DENNY CHIN
                                        United States District Judge